MATTHEW RODRIQUEZ
Acting Attorney General of California
SARA J. DRAKE
Senior Assistant Attorney General
WILLIAM P. TORNGREN
Supervising Deputy Attorney General
COLIN WOOD, State Bar No. 267539
TIMOTHY M. MUSCAT, State Bar No. 148944
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7779
 Fax:  (916) 323-2319
 E-mail:  Timothy.Muscat@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CACHIL DEHE BAND OF WINTUN INDIANS OF THE COLUSA INDIAN COMMUNITY, a federally recognized Indian Tribe,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, and GAVIN NEWSOM IN HIS OFFICIAL CAPACITY AS GOVERNOR OF CALIFORNIA,**<br><br>Defendants. | Case No.:  2:20-cv-01585-AWI-SKO<br><br>**STIPULATION AND ORDER REGARDING MODIFICATION TO SCHEDULING ORDER**<br><br>(Doc. 29)<br><br>Action Filed:  August 7, 2020 |

Pursuant to the United States District Court, Eastern District of California Local Rules, Rule 143, Plaintiff Cachil Dehe Band of Wintun Indians of the Colusa Indian Community and Defendants Gavin Newson in his official capacity as Governor of the State of California and State of California (collectively, the Parties), by and through their attorneys of record, stipulate and agree as follows:

1

1  Whereas, the Court issued a scheduling order in this case on November 13, 2020, and the
2  scheduling order provided a briefing schedule for the Parties to file their respective motions for
3  summary judgment;
4  Whereas, the Court's November 13, 2020 scheduling order required the Parties to meet to
5  explore the possibility of settlement before incurring the expense of filing their summary
6  judgment motions;
7  Whereas, the Parties, through their attorneys, discussed settlement possibilities, and have
8  tentatively scheduled a virtual settlement conference among tribal leaders, the Governor's Tribal
9  Negotiations Advisor, and their attorneys;
10  Whereas, these settlement discussions are taking time away from the attorneys'
11  preparations of their respective motions for summary judgment, and such motions will become
12  unnecessary to file if the Parties settle this matter; and
13  Whereas, this is the first request by the Parties to modify the Court's November 13, 2020
14  scheduling order;
15  IT IS HEREBY STIPULATED by the Parties that the filing dates for their respective
16  motions for summary judgment in the Court's November 13, 2020 scheduling order shall be
17  extended by fourteen days.  Pursuant to this stipulation, the filing date for the Parties' summary
18  judgment motions is extended from April 30, 2021, to May 14, 2021.  The filing date for the
19  Parties' oppositions to the summary judgment motions is extended from May 28, 2021, to June
20  11, 2021.  The filing date for any replies in support of the summary judgment motions is extended
21  from June 11, 2021, to June 25, 2021.  The time for summary judgments to be heard before the
22  Court is extended from June 28, 2021 to July 12, 2021.

2

Stipulation and Order Regarding Modification to Scheduling Order  (2:20-cv-01585-AWI-SKO)

| | | |
|---|---|---|
| 1 | Dated: April 9, 2021 | Respectfully submitted, |
| 2 | | MATTHEW RODRIQUEZ |
| | | Acting Attorney General of California |
| 3 | | SARA J. DRAKE |
| | | Senior Assistant Attorney General |
| 4 | | WILLIAM P. TORNGREN |
| | | Supervising Deputy Attorney General |
| 5 | | COLIN WOOD |
| | | Deputy Attorney General |
| 6 | | |
| 7 | | /s/ TIMOTHY M. MUSCAT |
| 8 | | |
| | | TIMOTHY M. MUSCAT |
| 9 | | Deputy Attorney General |
| | | *Attorneys for Defendants* |
| 10 | | |
| 11 | Dated: April 9, 2021 | Respectfully submitted, |
| 12 | | |
| | | /s/ GEORGE FORMAN (as |
| 13 | | authorized on 4/9/21) |
| 14 | | GEORGE FORMAN |
| | | FORMAN & ASSOCIATES |
| 15 | | *Attorneys for Plaintiff* |

3

**ORDER**

Pursuant to the Parties' above stipulation (Doc. 29), and for good cause shown, the Court GRANTS the Parties' request to modify the Scheduling Order (Doc. 21) and hereby ORDERS as follows:

1. The filing date for the Parties' summary judgment motions is extended from April 30, 2021, to May 14, 2021.
2. The filing date for the Parties' oppositions to the summary judgment motions is extended from May 28, 2021, to June 11, 2021.
3. The filing date for any replies in support of the summary judgment motions is extended from June 11, 2021, to June 25, 2021.
4. The time for summary judgments to be heard before the Court is extended from June 28, 2021 to July 12, 2021.

IT IS SO ORDERED.

Dated:   **April 12, 2021**                               /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE