1  ROB BONTA
   ATTORNEY GENERAL OF CALIFORNIA
2  SARA J. DRAKE
   Senior Assistant Attorney General
3  WILLIAM P. TORNGREN
   Supervising Deputy Attorney General
4  COLIN WOOD, State Bar No. 267539
   TIMOTHY M. MUSCAT, State Bar No. 148944
5  Deputy Attorneys General
    1300 I Street, Suite 125
6   P.O. Box 944255
    Sacramento, CA 94244-2550
7   Telephone: (916) 210-7779
    Fax: (916) 323-2319
8   E-mail: Timothy.Muscat@doj.ca.gov
   *Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CACHIL DEHE BAND OF WINTUN INDIANS OF THE COLUSA INDIAN COMMUNITY, a federally recognized Indian Tribe,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, and GAVIN NEWSOM IN HIS OFFICIAL CAPACITY AS GOVERNOR OF CALIFORNIA,**<br><br>Defendants. | Case No. 2:20-cv-01585-AWI-SKO<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FILING RENEWED MOTION TO SEAL AND OPPOSITIONS TO CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Action Filed: August 15, 2020 |

Pursuant to the United States District Court, Eastern District of California Local Rules, Rule 143, George Forman, attorney for plaintiff Cachil Dehe Band of Wintun Indians of the Colusa Indian Community, a federally recognized Indian Tribe (Cachil Dehe or Tribe), on the one hand, and Timothy M. Muscat, Deputy Attorney General, attorney for defendant Gavin Newsom, in his official capacity as Governor of the State of California, and defendant State of California (collectively, State Defendants), on the other hand, stipulate as follows:

Whereas, on May 26, 2021, State Defendants filed an Ex Parte Motion to File Portions of

1

Stip. and Proposed Order to Extend Deadline To File Renewed Mot. to File Under Seal and
Oppositions to Cross- Mots. for Summary Jdgt. (2:20-cv-01585-AWI-SKO)

1  Documents Under Seal Pursuant to Local Rule 141 and for Leave to File Redacted Documents

2  Pursuant to Local Rule 140 (Motion);

3    Whereas, the Tribe supported sealing the information to protect the information's

4  confidentiality;

5    Whereas, on June 16, 2021, the Court issued an order denying State Defendant's Motion

6  without prejudice, with a deadline to file any renewed motion of no later than June 25, 2021;

7    Whereas, the counsel for the Tribe and State Defendants (collectively, the Parties) have

8  discussed this matter and State Defendants plan to file a renewed Motion and a joinder by the

9  Tribe;

10    Whereas, the Parties filed cross-motions for summary judgment (Cross-Motions); and

11    Whereas, counsel for the Parties have worked diligently both on a renewed Motion and

12  joinder and their respective briefs in opposition to the Cross-Motions that currently are due on

13  June 23, 2021, but with the general press of business and counsel for the Tribe having

14  encountered unanticipated delays in obtaining executed declarations to be lodged in connection

15  with the Tribe's opposition brief, the parties do not anticipate being able to meet the Court's

16  deadline to file opposition briefs by June 23, 2021, or a renewed Motion and joinder by June 25,

17  2021,

18    IT IS HEREBY STIPULATED and respectfully requested by the Parties that (1) the Court

19  grant leave for State Defendants' renewed Motion and any joinder by the Tribe to be filed on July

20  7, 2021, and (2) the Court amend the current Scheduling Order so as to provide that the Parties'

21  briefs in opposition to the respective Cross-motions be filed by July 2, 2021, any reply briefs be

22  filed by July 22, 2021, and the hearing on the motions be continued until August 9, 2021.

23

24  Dated: June 22, 2021                    Respectfully submitted,

25

26                          By: /s/ George Forman
                               GEORGE FORMAN
27                             FORMAN & ASSOCIATES
                               Attorneys for Plaintiff

28

2

Stip. and Proposed Order to Extend Deadline To File Renewed Mot. to File Under Seal and
Oppositions to Cross- Mots. for Summary Jdgt. (2:20-cv-01585-AWI-SKO)

Dated: June 22, 2021

ROB BONTA
Attorney General of California
SARA J. DRAKE
Senior Assistant Attorney General
WILLIAM P. TORNGREN
Supervising Deputy Attorney General
COLIN WOOD
Deputy Attorney General

By: /s/ Timothy Muscat
TIMOTHY M. MUSCAT
Attorneys for Defendants

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated: June 23, 2021

_____
SENIOR DISTRICT JUDGE

3

Stip. and Proposed Order to Extend Deadline To File Renewed Mot. to File Under Seal and
Oppositions to Cross- Mots. for Summary Jdgt. (2:20-cv-01585-AWI-SKO)