# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CACHIL DEHE BAND OF WINTUN INDIANS OF THE COLUSA INDIAN COMMUNITY a federally recognized Indian Colusa,**<br><br>**Plaintiff**<br><br>**v.**<br><br>**STATE OF CALIFORNIA, and GAVIN NEWSOM IN HIS OFFICIAL CAPACITY AS GOVERNOR OF CALIFORNIA,**<br><br>**Defendants** | **CASE NO. 2:20-CV-1585 AWI SKO**<br><br>**ORDER RE: MOTION FOR LEAVE TO FILE SEPARATE STATEMENT OF UNDISPUTED FACTS**<br><br><br>**(Doc. 48)** |

Tribal Plaintiff has filed an ex parte request to allow the filing of a Separate Statement of Undisputed Facts. Doc. 48. This document was inadvertently omitted from the earlier filing of the Motion for Summary Judgment. State Defendants oppose the request on the basis that it does not meet the standard for granting an ex parte request for emergency relief. Doc. 50. While the ex parte emergency standard is not met, that goes to the form of the motion. This was a minor filing mistake and there is no real surprise in this request. Allowing the additional filing would help to maintain a complete record for analyzing the motion and for appeal.

The motion for leave to file a Separate Statement of Undisputed Facts is GRANTED.

State Defendants may file any additional response to the Separate Statement of Undisputed Facts within thirty (30) of the filing of this order.

//

//

1
2  IT IS SO ORDERED.
3  Dated:   March 31, 2022                              _____
4                                                                   SENIOR DISTRICT JUDGE